UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:                          )    Chapter 13
                                )    Case No.
    Kevin Kruskamp              )
                                )    Judge:
              Debtor(s)         )

### AFFIDAVIT OF KEVIN KRUSKAMP'S MOTHER

I, _Looria Kruskamp_, after first being duly sworn and cautioned according to law, depose and state as follows:

1) That I am Kevin Kruskamp's mother, and

2) I will contribute my monthly social security income of $1,324.00 to my son's bankruptcy.

FURTHER, AFFIANT SAYETH NAUGHT.

_____

State of Ohio           )
                        )    SS
County of Franklin      )

SWORN TO BEFORE ME and subscribed in my presence on this 3 day of March, 2016.

Mary Gibson
Notary Public, State of Ohio
My Commission Expires 08-22-2016

NOTARY PUBLIC